UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY McCLELLAN,<br><br>    Petitioner,<br><br>  v.<br><br>BEN CURRY,<br><br>    Respondent.<br>_____/ | No. C 09-085 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Respondent has filed an <u>ex parte</u> request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Amanda Murray, the court GRANTS respondent's request. (Docket # 17.) Respondent must file and serve his response no later than **February 12, 2010.** Petitioner must file and serve his traverse no later than **March 26, 2010.**

IT IS SO ORDERED.

DATED: December 28, 2009

                                                         SUSAN ILLSTON<br>
                                            United States District Judge