UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MCCLELLAN,<br>      Petitioner,<br>    v.<br>BEN CURRY,<br>      Respondent.          / | No. C 09-0085 SI (PR)<br><br>**JUDGMENT** |

The action having been dismissed, judgment is hereby entered in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: July 19, 2010

                                        SUSAN ILLSTON<br>                                        United States District Judge